11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Willie Lee Maxwell

Appellant

Vs.                   No.
11-03-00226-CR -- Appeal from Dawson County 

State of Texas

Appellee

 

ON
MOTION FOR REHEARING

In
his motion for rehearing, Willie Lee Maxwell argues that this court failed to
address the underlying merits of his Batson[1]
claim.  Appellant has not properly
presented the underlying merits of his Batson claim to this court for
review.  Appellant=s
sole point of error was a claim of ineffective assistance of counsel.  See TEX.R.APP.P. 38.1(h).  In this case, the underlying merits of
appellant=s Batson
claim are not subsidiary questions of his sole issue of counsel=s effectiveness and are not properly
before this court.  See TEX.R.APP.P.
38.1(e).

The
motion for rehearing is denied.

 

JIM
R. WRIGHT

JUSTICE

 

August
18, 2005

Do
not publish.  See TEX.R.APP.P.
47.2(b).

Panel
consists of: Wright, J., and McCall, J.











[1]Batson v. Kentucky, 476 U.S. 79 (1986).